In the Matter of the Probate of the Will of GEORGE D. HENDERSON, Deceased.

IDA WILSON, Appellant; NELLIE HACKETT, Individually and as Executrix, et al., Respondents.

Submitted May 16, 1938; decided May 18, 1938.

*Charles B. Bechtold* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves an undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.